Mark S. Askanas (State Bar No. 122745)
Rebecca Benhuri (State Bar No. 209443)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
askanasm@jacksonlewis.com
benhurir@jacksonlewis.com

Attorneys for Defendant
CERTAINTEED CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- FRESNO

| | |
|---|---|
| EDDIE HOLTZCLAW,<br><br>    Plaintiff,<br><br>    v.<br><br>CERTAINTEED CORPORATION and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No. 1:09-CV-01599- GSA<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S CLAIMS FOR EMOTIONAL DISTRESS DAMAGES**<br><br>Removal Filed: September 9, 2009<br>Trial Date: April 18, 2011 |

Plaintiff EDDIE HOLTZCLAW ("Plaintiff") and Defendant CERTAINTEED CORPORATION ("Defendant") hereby stipulate as follows:

1.  Plaintiff and Defendant agree that Plaintiff is not claiming any damages for any alleged mental, emotional, psychiatric, psychological or physical injury, effect, or impairment over and above those usually associated with the causes of action pled in Plaintiff's Complaint, including but not limited to: Violation of California Government Code § 12940 et seq. (Discrimination Based on Age), Violation of California Government Code § 12940(a), (m) (Discrimination, Failure to Provide Reasonable Accommodation), Violation of California Government Code § 12940(n) (Failure to Engage in Good Faith Interactive Process), Wrongful Termination in Violation of Public Policy and Retaliation.

2. Plaintiff and Defendant will not call any expert witness, including but not limited to a psychiatrist, psychologist, psychotherapist, counselor or physician to testify concerning Plaintiff's alleged emotional distress.

3. Defendant will not move for or otherwise request a mental examination of Plaintiff.

**IT IS SO STIPULATED.**

Dated: May 19, 2010                    JACKSON LEWIS LLP


                                        By:  /s/ Mark S. Askanas
                                             Mark S. Askanas
                                             Rebecca Benhuri
                                             Attorneys for Defendant
                                             CERTAINTEED CORPORATION

Dated: May 18, 2010                    LAW OFFICES OF ERIC P. OREN, INC.


                                        By:  /s/ Eric P. Owen
                                             Eric P. Oren
                                             Attorneys for Plaintiff
                                             EDDIE HOLTZCLAW

### **ORDER**

The Court has considered the above stipulation of the parties. The stipulation is hereby adopted by the Court.



DATED: May 19, 2010                    /s/ Gary S. Austin
                                       Hon. Gary S. Austin
                                       U.S. Magistrate Judge