Law Offices of
ERIC P. OREN, INC.
325 W. Shaw Ave., Suite 105

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE HOLTZCLAW<br><br>Plaintiff,<br><br>v.<br><br>CERTAINTEED CORPORATION and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:09-CV-01599-LJO-GSA<br><br>**ORDER EXTENDING EXPERT WITNESS DISCLOSURE DEADLINE** |

Having reviewed the parties' stipulation filed on July 28, 2010, the expert witness disclosure deadline is extended until Monday, August 2, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 29, 2010              /s/ Gary S. Austin
                                  Gary S. Austin
                                  United States Magistrate Judge

1