Mark S. Askanas (State Bar No. 122745)
Rebecca Benhuri (State Bar No. 209443)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
askanasm@jacksonlewis.com
benhurir@jacksonlewis.com
Attorneys for Defendant
CERTAINTEED CORPORATION

ERIC P. Oren, # 106129
LAW OFFICES OF ERIC P. OREN
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 224-5900
Facsimile (559) 224-5905
EPO@ERICORENLAW.COM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- FRESNO

| | |
|---|---|
| EDDIE HOLTZCLAW,<br><br>        Plaintiff,<br><br>    v.<br><br>CERTAINTEED CORPORATION and DOES 1 through 50, inclusive<br><br>        Defendants. | Case No.  1:09-CV-01599- GSA<br><br>**STIPULATION AND ORDER ADOPTING STIPULATION IN PART**<br><br>Removal Filed:   September 9, 2009<br>Trial Date:          April 18, 2011 |

Plaintiff EDDIE HOLTZCLAW ("Plaintiff") and Defendant CERTAINTEED CORPORATION ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS October 15, 2010, is the expert witness discovery deadline that has been set by the Court in this matter;

\ \ \

1

WHEREAS, Plaintiff has chosen not to depose Defendants' named experts;

WHEREAS, Plaintiff's economic expert has a potential conflict on the date currently set for his deposition (October 1, 2010 at 11:00 a.m.);

WHEREAS, Defendant's counsel resides in the San Francisco Bay Area and would prefer to schedule Plaintiff's economic expert's deposition to occur at a time that coincides with a future trip to Fresno.

IT IS SO ORDERED, Defendant has until March 18, 2011 to take and complete deposition of Plaintiff's economic expert.

Dated: September 30, 2010              Respectfully Submitted,

                                       JACKSON LEWIS LLP


                                  By:  _____
                                       Mark S. Askanas
                                       Rebecca Benhuri
                                       Attorneys for Defendant
                                       CERTAINTEED CORPORATION


Dated: September 30, 2010              Respectfully Submitted,

                                       LAW OFFICES OF ERIC P. OREN

                                  By:

                                       _____
                                       Eric P. Oren
                                       Attorneys for Plaintiff
                                       EDDIE HOLTZCLAW

///

///

///

///

///

///

2

STIPULATION AND PROPOSED ORDER
EXTENDING EXPERT DISCOVERY                                Case No. 1:09-CV-01599- GSA

**ORDER**

The Court has reviewed the stipulation and adopts it IN PART. The expert discovery deadline may be extended only until October 30, 2010. The parties have not shown good cause for a further extension and the date proposed by the parties interferes with the other deadlines set in this case.

IT IS SO ORDERED.

Dated:   **September 30, 2010**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE